UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X   07CV1509 (AKH)
URBANO JUAREZ,

                                    Plaintiffs,

        - against –

                                                                        ANSWER

ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC.,
AMG REALTY PARTNERS, LP, ANN TAYLOR STORES
CORPORATION, BATTERY PARKCITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BOARD OF EDUCATIONOF THE CITY
OF NEW YORK, BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELDFINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO. INC., NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS, LLC., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK COMPANY INC., TOSCORP INC., TRIBECA
LANDING L.L.C., VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK INC., VERIZON PROPERTIES INC.,
WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P
ET AL

                                  Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

> Yours, etc.
>
> FRIEDMAN, HARFENIST, LANGER & KRAUT
> Attorneys for Defendant –Envirotech
> 3000 Marcus Avenue, Suite 2E1
> Lake Success, New York 11042
> (516) 775-5800
>
> BY: _____
>      Heather L. Smar (4622)