x:\tc51268\adoption

ROGER P. McTIERNAN, JR. (PRM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X

| | |
|---|---|
| URBANO JUAREZ, | **NOTICE OF ADOPTION** |
| Plaintiff, | |
| -against- | 07 CV 1509 |

ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., AMG REALTY PARTNERS, LP., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH CLEAN AIR, INC, GPS ENVIRONMENTAL CONSULTANTS, INC. HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., MERRILL LYNCH & CO, INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC., TOSCORP

INC., TRIBECA LANDING L.L.C., VERIZON
COMMUNICATIONS, INC., VERIZON NEW YORK,
INC., VERIZON PROPERTIES, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP,
WFP TOWER B HOLDING CO., LP, AND WFP
TOWER B. CO., L.P., ET AL.,

                                            Defendants.
-----------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

       WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      September 3, 2007

                                              ROGER P. McTIERNAN, JR. (RPM 1680)
                                              BARRY, McTIERNAN & MOORE
                                              Attorneys for Defendants
                                              STRUCTURE TONE, INC. s/h/a
                                              STRUCTURE TONE (UK), INC. and
                                              STRUCTURE TONE GLOBAL SERVICES, INC.
                                              2 Rector Street – 14th Floor
                                              New York, New York  10006
                                              (212) 313-3600